■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MONA LISA HOLMES, Appellant.—Judgment unanimously affirmed. Memorandum: Proof of defendant's conviction of a subsequent unrelated charge of criminal possession of a forged instrument was admissible to prove defendant's knowledge of the forgery in the instant case (*People v Molineux,* 168 NY 264, 297-298; *see also, People v Schwartzman,* 24 NY2d 241; *People v Dales,* 309 NY 97, 101).

We have examined defendant's other claim of error and find it without merit. (Appeal from judgment of Monroe County Court, Cornelius, J.—criminal possession of forged instrument, second degree.) Present—Callahan, J. P., Boomer, Green, Pine and Schnepp, JJ.